IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **RYAN CRAWFORD,** individually and on behalf of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> **J.A.J. INC.**, and **JEFF JACOBS**, <br> , <br><br> Defendants. | **Case No. 1:22-cv-00592-PLM-SJB** <br><br> **Jury Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Ryan Crawford, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that he voluntarily dismisses his claims against J.A.J. Inc., and Jeff Jacobs in this action. Accordingly, Plaintiff hereby dismisses his claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ J. Forester*
J. Forester, Bar No. 24087532 (TX)
**FORESTER HAYNIE, PLLC**
400 N. St. Paul Street Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
jay@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all parties of record via the Court's Electronic Filing System and in accordance with the Federal Rules of Civil Procedure.

                                                                                       */s/ J. Forester*
                                                                                       **J. Forester**